## 25.   SOUTHERN RAILWAY COMPANY *v.* CRAWFORD.

POWELL, J.   This case is controlled by the decision in the case of *Fagan* v. *Jackson & Orme,* this day decided. Ante, 24. `   *Judgment reversed.*

Certiorari, from Fulton superior court—Judge Pendleton. March 29, 1906.

Argued January 10,—Decided January 11, 1907.

*Lamar Rucker,* for plaintiff in error.